UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIRECT ROUTE, LLC<br><br>        Plaintiff(s),<br><br>  v.<br><br>ONOFFLINE, INC.,<br><br>        Defendant(s). | NO. C09-1509MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Plaintiff/Counter-Defendant's Motion for Partial Summary Judgment (Dkt. No. 23), which is pending in this matter and currently noted for February 12, 2010, is STAYED pending the Court's ruling on the parties' Joint CR 37 Submission re: Motion to Stay Pending Reexamination of the Patent (Dkt. No. 28).

In the event that the Court denies the motion to stay, the summary judgment motion will be re-noted for the second Friday following the Court's ruling on the motion to stay.

Filed this 5th day of February, 2010.

                                            BRUCE RIFKIN, Clerk

                                            By    /s Mary Duett
                                                            Deputy Clerk

MINUTE ORDER