1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

DIRECT ROUTE, LLC,

7

Plaintiff(s),

8

v.

9

ONOFFLINE, INC.,

10

Defendant(s).

11

12

NO. C0-MJP

MINUTE ORDER

13

14

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

15

16

17

18

The Court has received and reviewed the parties' Joint Status Report Regarding Reexamination of U.S. Patent No. 7,467,229 (Dkt. No. 33) and believes the most prudent and judicially efficient approach is to leave the stay in place pending consideration by the USPTO of Defendant's petition for review.

19

20

21

The Court's prior order regarding the stay will remain in place: the parties must filed a status report no later than February 8, 2011 or within 10 days of a final decision on reexamination by the USPTO.

22

Filed this 30th day of March, 2010.

23

BRUCE RIFKIN, Clerk

24

25

By      /s Mary Duett
        Deputy Clerk

26

MINUTE ORDER