# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DIRECT ROUTE LLC, | CASE NO. C09-1509 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ONOFFLINE INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The stay currently in effect in this matter will remain in place for the earlier period of 90 days (until **December 2, 2011**) or until 10 days following a final decision on reexamination by the USPTO. This will be final stay granted in this matter on the grounds of the pending reexamination request.

The clerk is ordered to provide copies of this order to all counsel.

MINUTE ORDER- 1

1   Filed this _2nd_ day of September, 2011.

2

3                                                     William M. McCool
                                                      Clerk of Court

4
                                                      s/Mary Duett
5                                                     Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2