UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIRECT ROUTE LLC, | CASE NO. C09-1509 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ONOFFLINE INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The stay currently in effect in this matter will remain in place for the earlier period of 90 days (until **December 2, 2011**) or until 10 days following a final decision on reexamination by the USPTO. This will be final stay granted in this matter on the grounds of the pending reexamination request.

The clerk is ordered to provide copies of this order to all counsel.

1 | Filed this _2nd_ day of September, 2011.
2 |
3 |         William M. McCool
        Clerk of Court
4 |
        s/Mary Duett
5 |         Deputy Clerk